# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARTY C. STACY,

    Petitioner,

        v.                                  Case No. 15-cv-01393-JPG

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY **ORDERED AND ADJUDGED** that petitioner Marty C. Stacy's motion (Doc. 1) to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and that judgment is entered in favor of respondent **United States of America** and against petitioner **Marty C. Stacy**, and that this matter is **DISMISSED** without prejudice.

**DATED:** October 25, 2016                  JUSTINE FLANAGAN,
                                                   **Acting Clerk of Court**

                                                    *s/Tina Gray*, **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**